**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ELSTER AMCO WATER, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:13-cv-49 |
| | § | |
| DATAMATIC, LTD, | § | |
| *Defendant.* | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 6, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Summary Judgment (Dkt. 10) be **GRANTED** and final judgment should be entered for Plaintiff as proposed (*see* Dkt. 10-6).

No objections to the report were filed.  The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore, Plaintiff's Motion for Summary Judgment (Dkt. 10) is GRANTED and final judgment shall be entered for Plaintiff as proposed (*see* Dkt. 10-6).

**IT IS SO ORDERED.**

**SIGNED this the 19th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE